| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:04CR00112 |
| **TRANSFER OF JURISDICTION** | 1: 0 9 CR | DOCKET NUMBER *(Rec. Court)* |
| | | 0 0 0 6 6 AWI |

LODGED
FEB 18 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Linda Marie Dunston<br>2927 Clairemore Ln<br>Long Beach, CA 90815 | California | Central |
| | NAME OF SENTENCING JUDGE | |
| | John F. Walter | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5-23-03 / TO 5-22-04 |

| OFFENSE |
|---|
| 18:4 Misprision of Felony |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Central_____ DISTRICT OF _____California_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Eastern District of California   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____2/6/09_____          _____[signature]_____
Date                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____          _____
*Effective Date*              *United States District Judge*