LAWRENCE G. BROWN
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>LINDA MARIE DUNSTON,<br>  aka Linda Marie KELLY<br>        Defendant. | CR. NO. S-09-066-AWI<br><br><br><br><br>**MOTION TO TRANSFER CASE<br>AND ORDER** |

HEREBY, under Local Rule 3-120(f), the United States moves that the above captioned case be transferred to the Sacramento venue (EDCA). Such transfer is warranted because the case "has not been commenced in the proper court". See Local Rule 3-120(f).

The above captioned TSR violation case arises from a conviction KELLY suffered in the Northern District of Ohio. On 7/11/02, KELLY (while using the name "Linda Marie Dunston" in the Northern District of Ohio) was sentenced for misprision of a felony (in violation of 18 U.S.C. 4); her sentence included a 1 year TSR. KELLY's TSR supervision was thereafter transferred to the Central District of California. KELLY absconded from CDCA TSR supervision and a violation warrant was issued on 5/18/04.

On 2/18/09, KELLY's CDCA TSR supervision was transferred to the EDCA (in CR. S-09-066-AWI) for purposes of relation to KELLY's

1

pending matter. See CR. S-03-423-GEB. This transfer was to the wrong venue (Fresno). Before transfer, in the Sacramento venue, KELLY was (and continues to be) in custody. Presently KELLY is pending district court proceedings in the Sacramento venue. Specifically, on 10/10/03, KELLY pled guilty in Sacramento (EDCA) as follows: Count 1: 18 U.S.C. 371, 510(b) (Conspiracy to Exchange Stolen U.S. Treasury Check) and Count 2: 18 U.S.C. 371, 1028(a)(7) (Conspiracy to Commit Fraud with Stolen ID Information). See CR. S-03-423-GEB. KELLY's sentencing hearing was scheduled for 1/9/04; however, KELLY failed to appear and absconded from EDCA jurisdiction. On 12/30/08, KELLY was arrested on the Sacramento venue's warrant. KELLY's sentencing is scheduled (before Judge Burrell) on 4/17/09.

KELLY, by and through her counsel (Carl Larson, Esq.), requests that the case be transferred to the Sacramento venue. The U.S. Probation Office also agrees to such transfer.

WHEREFORE, the United States submits that Cr. 09-066-AWI was erroneously filed in the Fresno venue and, under Local Rule 3-120(f), the case should be transferred to the Sacramento venue.

Dated: 3/3/2009

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

---

**ORDER**

IT IS SO ORDERED.

**Dated:  March 4, 2009**          **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE