UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
Before the Honorable Garland E. Burrell

| UNITED STATES OF AMERICA | CRIMINAL MINUTES |
|---|---|
| v. | Case No.: 09-cr-98 GEB |
| | Date of Hearing: March 20, 2009 |
| LINDA KELLY | Deputy Clerk: Shani Furstenau |
| _____/ | Court Reporter/ECRO: Kimberly Bennett |

**For the Government:**

Michelle Rodriguez,
Assistant United States Attorney

**For the Defendant(s):**

Carl Larson,
[] Assistant Federal Defender
[] Appointed   [] Retained

**Interpreter Previously Sworn:**

**Defendant:**

[x] Present   [x] In Custody   [] Not in Custody   [] O/R   [] Bail   [] No Appearance   [] Waived   [] Failed to Appear

---

**VIOLATION OF SUPERVISED RELEASE/PROBATION.**

violation(s)  1, 3 & 4                                              [x] admitted   [] denied

Dispositional/Evidentiary hearing set for:   May 29, 09 at 9

supervised release/probation:       [] revoked [] modified:

**Other:**

---

Proceeding Time: 10 minutes

Page 1 of 1

PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com